**E-FILED**
Monday, 13 February, 2006  12:06:21 PM
Clerk, U.S. District Court, ILCD

AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

FILED

## SUMMONS IN A CRIMINAL CASE

FEB 1 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

vs.

**Case Number:   06-30012-003**

**STEVEN BOYCE**
**25 Ptarmigan**
**Chatham, Illinois**

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
**600 E. Monroe, Courtroom 3, Springfield, Illinois**
on
**Wednesday, February 22, 2006 at 3:00 p.m.**
before the
**HONORABLE UNITED STATES MAGISTRATE JUDGE BYRON CUDMORE**

To answer a(n) **Indictment** charging you with a violation of Title **18**, United States Code, Section(s) **1343 and 1346**.

Brief description of offense:

Wire Fraud

s/ John M. Waters

DATE:  **February 6, 2006**

JOHN M. WATERS, CLERK

s/Marleen Cooke
BY:  DEPUTY CLERK

2006 FEB -6 P 2:35
US MARSHALS SERVICE
CENTRAL ILLINOIS
RECEIVED

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date)    2-7-06 |
| Check one box below to indicate the appropriate method of service |

[ ] Served personally upon the ~~defendant at:~~   defendant's Attorney
Fred Schlosser at 1231 S. 8th Springfield, Fl.
_____

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
    Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

_____

_____

_____

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on:   2-7-06              USMSteven Deatherage
        Date                    Name of United States Marshal

                        _____ A. Gowdy
                    (by) Deputy United States Marshal

Remarks: