E-FILED
Thursday, 02 March, 2006  03:34:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 06-CR-30012 |
| v. ) | |
| ) | |
| DANA DINORA, ) | |
| DAVID MEDVESEK, ) | |
| STEVEN BOYCE, and ) | |
| CECIL TURNER, ) | |
| ) | |
| Defendants. ) | |

### UNITED STATES' MOTION TO UNSEAL

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and the Local Standing Order on Discovery in Criminal Cases, the United States of America, by and through, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Gregory M. Gilmore, Assistant United States Attorney, respectfully requests that the Court unseal this file so that the government may disclose to the defendants all applications, affidavits, orders, logs and audio recordings that were made in connection with electronic surveillance that was authorized by the Honorable United States District Judge Jeanne E. Scott in Case Number S-05-28 ("wiretap information").  In support of this motion, the United States submits the following:

1.	Between August 3 and August 30, 2005, U.S. District Judge Jeanne E. Scott authorized the interception of oral, wire and electronic communications over telephone numbers (217) 899-5050 and (217) 789-4494.  The government's applications and affidavits in support of its request to conduct electronic surveillance were filed with the Court under seal.  Following the completion of each of the periods of interception, the

audio recordings were also placed under seal.  All of the wiretap information remains under seal at this time.

    2.  On February 3, 2006, a federal grand jury sitting in Springfield, Illinois returned an Indictment against the defendants.

    3.  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and the Local Standing Order on Discovery in Criminal Cases, the government is required to disclose all wiretap authorizations, applications and orders.

    Therefore the government requests that the Court unseal the wiretap information to permit the government to comply with its discovery obligations.

    Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

S/ Gregory M. Gilmore
Assistant United States Attorney
Attorney Bar No.  6217499
318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4044
E-mail: greg.gilmore@usdoj.gov