UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 06-30012 |
| | ) | |
| DANA DINORA, | ) | |
| DAVID MEDVESEK, | ) | |
| STEVEN BOYCE, and | ) | |
| CECIL TURNER, | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S MOTION TO CONTINUE TRIAL ONE WEEK**

The United States of America by Rodger A. Heaton, United States Attorney for the Central District of Illinois and Gregory M. Gilmore and Patrick J. Chesley, Assistant United States Attorneys, move this Court to continue the trial by one week, and in support thereof state as follows:

1. This matter is set for trial on September 11, 2006. Change of plea hearings are set for the first three named defendants with this Court prior to September 11. It is anticipated that the trial of defendant Turner will take approximately four to six days.

2. The Government respectfully requests that the Court consider a starting date of September 18, rather than September 11. The government makes this request in part because the spouse of one of the government's attorneys will be out of town the week of September 11 for a work assignment, and although the government attorney can make arrangements to be out of town (in Peoria) the week of September 11, these arrangements

would require two of his children to miss school that week. Additionally other Court hearings would need to be moved if trial begins on September 11. In discussions with Defendant Turner's trial counsel, counsel represented that a starting date of September 18 would be preferable to the defense, both due to personal and other work commitments.

    3.  The parties have been diligently and cooperatively working to prepare for trial in September.  If convenient to the Court, the Government respectfully requests that this Court begin trial in the matter on September 18, rather than September 11.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

    s/Gregory M. Gilmore_____
    Reg. No. 6217499

    s/Patrick J. Chesley_____
    Reg. No. 0434841
    Assistant United States Attorneys
    318 South Sixth Street
    Springfield, Illinois  62701
    (217) 492-4450

## Certificate of Service

      I certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notice of such filing to Jon Gray Noll, Daniel L. Fultz, James E. Elmore, Frederick J. Schlosser, and Michael B. Metnick, on August 21, 2006.


s/ Gregory M. Gilmore