E-FILED
Tuesday, 05 September, 2006  09:10:46 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Criminal No. 06-30012 |
| v. | ) |
| CECIL TURNER, et al., | ) |
| Defendant. | ) |

**MOTION TO AMEND THE INDICTMENT**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Gregory M. Gilmore and Patrick J. Chesley, Assistant United States Attorneys, moves this Court to allow the government to file an Amended Indictment that dismisses two counts and renumbers the remaining counts. In support of this motion the government states as follows:

1. On February 3, 2006, the returned an eight count indictment against the defendant Cecil Turner. The first six counts charged Turner along with three co-defendants with wire fraud in violation of 18 U.S.C. §§1343, 1346 and 2. The seventh and eighth counts charged Turner alone with making false statements to the Federal Bureau of Investigation in violation of 18 U.S.C. §1001.

2. Since the return of that indictment, the government has determined that counts four and five of that indictment should be dismissed. The reason for such dismissal is that such counts allege interstate wire transfers related to the direct-deposits of two salary payments of

Steven Boyce that occurred after he had begun cooperating with the government. Such wire transfers were not in furtherance of the scheme since Boyce was acting as a government agent at the time and not a co-schemer. Therefore, pursuant to Federal Rule of Criminal Procedure 48(a) the government moves to dismiss counts four and five of the original indictment.

    3. In order to avoid a gap in the indictment showing the absence of counts three and four the government asks leave of the Court to file the attached Amended Indictment that renumbers the original counts six, seven and eight to counts four, five and six in the Amended Indictment.

    4. The government believes that the Amended Indictment will avoid jury confusion and prevent the jurors from speculating as to what occurred with respect to counts four and five in the original indictment. The defendant will not be prejudiced by the filing of and the trial on the Amended Indictment.

    5. The attorneys for defendant Turner have been provided copies of this motion and the Amended Indictment and have indicated that they have no objection to the Court granting this motion and proceeding to trial on the Amended Indictment.

Respectfully submitted,

| | |
|---|---|
| s/_____ | s/_____ |
| Gregory M. Gilmore | Patrick J. Chesley |
| Gregory M. Gilmore   6217499 | Patrick J. Chesley 0434841 |
| Assistant United States Attorney | Assistant United States Attorney |
| United States Attorney's Office | United States Attorney's Office |
| 318 South Sixth Street | 318 South Sixth Street |
| Springfield, IL 62701 | Springfield, IL 62701 |
| Telephone: (217) 492-4450 | Telephone: (217) 492-4450 |
| Fax: (217) 492-4044 | Fax: (217) 492-4044 |
| E-mail: greg.gilmore@usdoj.gov | E-mail: pat.chesley@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael B. Metnick
>Richard Kim
>Attorneys at Law
>Suite 200 Myers Building
>P.O. Box 12140
>Springfield, IL 62791

                                                  s/ Patrick J. Chesley