E-FILED
Friday, 17 November, 2006  02:34:17 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 06-cr-30012 |
| ) | |
| STEVEN BOYCE, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

NOW COMES the Defendant, STEVEN BOYCE, by and though his attorneys, GATES, WISE & SCHLOSSER, P.C., and for his Motion to Continue Sentencing Hearing states as follows:

1. This matter is set for sentencing on December 21, 2006 at 10:30 a.m. before the Honorable Joe Billy McDade.

2. Defendant, STEVEN BOYCE, is cooperating with the Government in their case against Co-Defendant, CECIL TURNER.

3. Co-Defendant, CECIL TURNER, is set for sentencing on January 4, 2007 before this Court. As such, the Government may require Defendant, STEVEN BOYCE, to continue his cooperation at the *Turner* sentencing hearing.

4. In addition, the Government is continuing to assess the value of Defendant, STEVEN BOYCE'S, cooperation and will not be able to fully assess Defendant's

1

cooperation until after the *Turner* sentencing hearing.

5.    The Government has no objection to this Motion to Continue Sentencing Hearing and, in fact, joins in this Motion to Continue Sentencing Hearing for Defendant, STEVEN BOYCE.

WHEREFORE, Defendant, STEVEN BOYCE, prays this Court continue the sentencing hearing scheduled on December 21, 2006 at 10:30 a.m. before the Honorable Joe Billy McDade for a time approximately three (3) weeks after the *Turner* sentencing hearing to allow the Government sufficient time to adequately evaluate Defendant's cooperation and for such other and further relief as this Court deems just and equitable.

>                    Respectfully Submitted,
>                    **STEVEN BOYCE**,
>
>               By:    \s\Frederick J. Schlosser
>                    One of His Attorneys.

Frederick J. Schlosser (#6209954)
***GATES, WISE & SCHLOSSER, P.C.***
1231 South Eighth Street
Springfield, IL 62703
Tel: (217) 522-9010
Fax: (217) 522-9020

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Mr. Gregory M. Gilmore
Assistant U.S. Attorney
318 South Sixth Street
Springfield, IL 62701

Mr. Patrick J Chesley
Assistant U.S. Attorney
318 South Sixth Street
Springfield, IL 62701


And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Mr. Steven Boyce


                                                s/Frederick J. Schlosser
                                                Frederick J. Schlosser Bar #6209954
                                                Gates, Wise & Schlosser, P.C.
                                                1231 South Eighth Street
                                                Springfield, Illinois  62703
                                                Telephone: 217/522-9010
                                                Facsimile: 217/522-9020
                                                E-mail: fred@gwspc.com