E-FILED
Tuesday 27 February 2007 03:06:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 06-30012-003 |
| STEVEN BOYCE, | ) |
| Defendant, | ) |
| ILLINOIS STATE RETIREMENT SYSTEMS, | ) |
| Third Party Respondent. | ) |

## CITATION TO DISCOVER ASSETS THIRD PARTY

**To Third Party Respondent:** Illinois State Retirement System
Attn: Mr. Joe Maggio
Service and Refunds
Post Office Box 19255
Springfield, IL 62794-9255

**YOU ARE REQUIRED** to appear or file your answer to this citation on the form attached (or another appropriate answer) before MAGISTRATE JUDGE Byron G. Cudmore, at 600 E. Monroe, Springfield, Il 62701, in the Magistrates Courtroom, on Wednesday, March 28, 2007 at 2:30 p.m., to be examined under oath to discover Assets or income not exempt from the enforcement of the judgment.

A Judgment against STEVEN BOYCE, whose SSN is xxx-xx-3630, was entered on January 29, 2007, for $32,200.09 and remains unsatisfied.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or that may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOU MAY BE REQUESTED** to produce documents and/or records containing information concerning the property or income of the Judgment Debtor.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

Note: Your written answer is sufficient for your appearance unless you receive an Order to personally appear in Court.

Dated at Springfield, Illinois, this 23 day of February, 2007.



s/ John M. Waters
_____
JOHN M. WATERS
Clerk, U.S. District Court

- 2 -

## CERTIFICATE OF ATTORNEY

I, Elizabeth L. Collins, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the following information is true:

1. Judgment was entered in the amount of $32,200.09 on January 29, 2007, in case #06-30012-003, in the United States District Court for the Central District of Illinois at Springfield.

2. The balance owing on the Judgment as of February 23, 2007 is $23,600.09.

3. A copy of the Citation Notice will be mailed to the Defendant on February 23, 2007.

s/ Elizabeth L. Collins

Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450
Fax: 217/492-4888
Email: Beth.Collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 06-30012-003 |
| STEVEN BOYCE, | ) |
| Defendant. | ) |
| ILLINOIS STATE RETIREMENT SYSTEMS, | ) |
| Third Party Respondent. | ) |

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

The Illinois State Retirement Systems, certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

List any and all retirement programs into which the Defendant STEVEN BOYCE, SSN: xx-xx-3630, has contributed monies or has a monetary interest, and state the value of any and all programs, the cash surrender value and the names and addresses of the company(ies) any adverse claimants:

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

_____
Date

Respondent/Agent:

Agent Name_____
Business Name_____
Address_____

Phone_____
Fax_____

**Note:** The original Answer should be mailed to the Clerk of the U.S. District Court at 151 Federal Building, 600 E. Monroe Street, Springfield IL 62701. Copies mailed to AUSA Elizabeth L. Collins, Attorney for Plaintiff at 318 S. 6th St., Springfield, Il 62701, and to the Defendant at ~~2502 South 4th Street~~, Springfield IL ~~62703~~.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 06-30012-003 |
| ) | |
| STEVEN BOYCE, ) | |
| Defendant, ) | |
| ) | |
| ILLINOIS STATE RETIREMENT SYSTEMS, ) | |
| Third Party Respondent. ) | |

**CITATION NOTICE TO DEFENDANT**

Name of Case: UNITED STATES v. STEVEN BOYCE
Name and Address of Court: As cited above at: U.S. District Court, 600 E. Monroe, Magistrates Courtroom, Springfield, Il 62701
Address of Judgment Debtor: ~~2032 South 11th Street~~, Springfield, IL ~~62703~~

Name and Address of Attorney for Judgment Creditor:   Elizabeth L. Collins
Assistant United States Attorney
Financial Litigation Unit
318 S. 6th Street
Springfield, IL 62701
Telephone: 217/492-4450

Name and Address of Person Receiving Citation:   Illinois State Retirement Systems
Attn: Mr. Joe Maggio
Service and Refunds
Post Office Box 19255
Springfield, IL 62794-9255

**Court Date and Time: Wednesday, March 28, 2007 at 2:30 p.m.**

Pursuant to Illinois Law, 735 Illinois Compiled Statutes, Section 5/2-1402(b), the following notice and summary of exemptions are provided to you:

**NOTICE:** The Court has issued a citation against the person named above. **The citation directs that person to appear in court or file an answer to the citation to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest.** The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal criminal law to only certain property exempt from tax levy. 18 U.S.C. §3613(a)(1) & (f). **The JUDGMENT DEBTOR HAS THE RIGHT TO EXCLUDE FEDERAL TAX LEVY EXEMPTIONS (26 U.S.C. §6334) LISTED BELOW AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:**

(1) Wearing apparel and school books as are necessary for the tax payer or members of his family.
(2) Fuel, provisions, furniture and personal effects not to exceed $6,250 in value.
(3) Necessary books and tools of trade not to exceed in the aggregate $3,125 in value.
(4) Unemployment benefits.
(5) Undelivered mail.
(6) Certain annuity and pension payments.
(7) Workers compensation.
(8) Judgments for the support of minor children.
(9) Certain service connected disabilities.
(10) Assistance under Job Training Partnership Act.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.** The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 151 Federal Building, 600 E. Monroe Street, Springfield, IL 62701.

This notice may be sent by regular first class mail.