**E-FILED**
Friday, 16 March, 2007  08:53:07 AM
Clerk, U.S. District Court, ILCD

**FILED**

MAR 15 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Steven Boyce

Case Number: 06-30012-3

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number 109), Sentencing Recommendation (document number 110) and Statement of Reason(s) Page (document number 119) were returned to the U.S. Probation Office on 3/14/7.

Received by:

S/Douglas Heuermann
U.S. Probation Office
Date: 3/15/07