IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 06-30012-003 |
| STEVEN BOYCE, | ) |
| Defendant. | ) |
| ILLINOIS STATE RETIREMENT SYSTEMS, | ) |
| Third Party Respondent. | ) |

FILED
MAR 21 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

The Illinois State Retirement Systems, certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

List any and all retirement programs into which the Defendant STEVEN BOYCE, SSN: xx-xx-3630, has contributed monies or has a monetary interest, and state the value of any and all programs, the cash surrender value and the names and addresses of the company(ies) any adverse claimants:

As of November 30, 2005, the last posting date, Steven L. Boyce has $23,589.00 on deposit with the System. If the payment is not rolled over, the System is required by federal law to withhold 20% for income tax withholding. Please refer to the attached correspondence from the Office of the Secretary of State. Deducting $1,272.00 leaves a contribution balance of $22,317.00.

cc: AUSA Elizabeth L. Collins, Atty.
    Steven L. Boyce

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

Date   March 20, 2007

Respondent/Agent:

Agent Name   Joseph S. Maggio
Business Name   S.E.R.S.
Address   2101 S. Veterans Pkwy - P.O. Box 19255
          Springfield, IL  62794-9255
Phone   217-785-7157
Fax   217-785-6964

**Note:** The original Answer should be mailed to the Clerk of the U.S. District Court at 151 Federal Building, 600 E. Monroe Street, Springfield IL 62701. Copies mailed to AUSA Elizabeth L. Collins, Attorney for Plaintiff at 318 S. 6th St., Springfield, Il 62701, and to the Defendant at 2352 South 7th Street, Springfield IL 62703.



# OFFICE OF THE SECRETARY OF STATE

JESSE WHITE • Secretary of State

March 9, 2007

Mr. Joe Maggio
State Employees Retirement System
2101 South Veterans Parkway
Springfield, Illinois 62794-9255

Re:  United States vs. Steven Boyce
     Case Number 06-30012-003

Dear Mr. Maggio:

In light of the United States District Court, Case Number 06-30012-003, in the decision of Steven Boyce, the Office of Secretary of State is requesting a change in the employees earnings for the period of January 1, 2003 to March 31, 2005 and that such earnings shall be reduced by $31,800.09.  x 4% = $1,272.00

The contributions to the State Employees Retirement System shall be reduced commensurately.

Sincerely,

Carol Lampard, Director
Budget and Fiscal Management
Room 124 Howlett Building
Springfield, Illinois 62756

(217) 782-8892

CL:mm
cc  Nathan Maddox
    Steve Roth
    Stacy Butler

**Steven Boyce's earnings for the period of February 1, 2005 to November 30, 2005**

| Pay Period | Base Salary | 4% Retirement Pick-Up |
|---|---|---|
| 11/16-30/05 | $159.67 | $6.39 |
| 11/01-15/05 | $1,756.50 | $70.26 |
| 10/16-31/05 | $1,756.50 | $70.26 |
| 10/01-15/05 | $1,756.50 | $70.26 |
| 09/16-30/05 | $1,756.50 | $70.26 |
| 09/01-15/05 | $1,756.50 | $70.26 |
| 08/16-31/05 | $1,756.50 | $70.26 |
| 08/01-15/05 | $1,756.50 | $70.26 |
| 07/16-31/05 | $1,756.50 | $70.26 |
| 07/01-15/05 | $1,756.50 | $70.26 |
| 06/16-30/05 | $1,722.50 | $68.90 |
| 06/01-15/05 | $1,722.50 | $68.90 |
| 05/16-31/05 | $1,722.50 | $68.90 |
| 05/01-15/05 | $1,722.50 | $68.90 |
| 04/16-30/05 | $1,722.50 | $68.90 |
| 04/01-15/05 | $1,722.50 | $68.90 |
| 03/16-31/05 | $1,722.50 | $68.90 |
| 03/01-15/05 | $1,722.50 | $68.90 |
| 02/16-28/05 | $1,773.50 | $70.94 |
| 02/01-15/05 | $278.42 | $11.14 |
|  | $31,800.09 | $1,272.00 |