E-FILED
Friday, 06 April, 2007   01:43:36 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 06-30012-003 |
| STEVEN BOYCE, | ) |
| Defendant, | ) |
| ILLINOIS STATE RETIREMENT SYSTEMS, | ) |
| Third Party Respondent. | ) |

### MOTION FOR TURNOVER ORDER

The United States moves for an order directing the Third Party Respondent to turnover to the Clerk of the U.S. District Court, Attention: Finance Department, 100 N.E. Monroe Street, Room 309, Peoria, IL 61602, the property of the Defendant, being the contributions in Defendant's retirement account (as adjusted) being approximately $22,317.00, less 20% required tax withholding, for payment on the monetary debt of STEVEN BOYCE in this case.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

Date: April 6, 2007

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-mail: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **MOTION** have been made by placing in the United States mail, postage prepaid, addressed to:

>Steven Boyce, Reg.No. 14577-026
>Chicago MCC
>71 W. Van Buren Street
>Chicago IL 60605
>
>Illinois State Retirement Systems
>Attn: Mr. Joseph S. Maggio
>2101 S. Veterans Parkway
>Post Office Box 19255
>Springfield, IL 62794-9255

DATE: April 6, 2007

>s/Elizabeth L. Collins
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorney's Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888 or 4580
>E-mail: Beth.Collins@usdoj.gov