E-FILED
Monday, 23 April, 2007   03:15:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 06-30012-003 |
| ) | |
| STEVEN BOYCE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ILLINOIS STATE RETIREMENT ) | |
| SYSTEMS, ) | |
| ) | |
| Third Party Respondent. ) | |

FILED
APR 2 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## TURNOVER ORDER

Upon Motion of the United States and consideration of the facts and law, and no objection having been filed, the Court finds that a turnover order is supported by the facts and law; and therefore orders the Third Party Respondent, ILLINOIS STATE RETIREMENT SYSTEMS, to turnover to:

> Clerk of the U.S. District Court
> Attention: Finance Department
> 100 N.E. Monroe Street, Room 309
> Peoria, IL 61602

the contributions to the retirement account of STEVEN BOYCE, on deposit in the Illinois Retirement System which are approximately $22,317.00 (as adjusted), less the 20% required tax withholding, for payment on the Defendant's monetary debts owed in this case.

_____
Joe B. McDade
U.S. DISTRICT JUDGE

ENTERED: This 23 day of April, 2007.