IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) COURT NO.  06-30012-003 |
| v. | ) |
| | ) |
| STEVEN BOYCE, | ) |
| | ) |
| Defendant. | ) |

**SATISFACTION OF MONETARY JUDGMENT**

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: November 29, 2007

By:
s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 217-492-4580
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has this November 29, 2007, been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>STEVEN BOYCE
>2352 S. 7th Street
>Springfield, IL 62703

By:
>s/Elizabeth L. Collins
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorney's Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888 or 217-492-4580
>E-Mail: Beth.Collins@usdoj.gov